EQUAL EMPLOYMENT OPPOR-
TUNITY COMMISSION,
Plaintiff–Appellee,

James Aikens;  James Francis;
Chris Wilson;  Shawn Hogya,
Intervenors–Appellees,

v.

UNITED PARCEL SERVICE, INC.,
Defendant–Appellant.

Equal Employment Opportunity
Commission, Plaintiff,

and

James Aikens;  James Francis;
Chris Wilson;  Shawn Hogya,
Intervenors–Appellants,

v.

United Parcel Service, Inc.,
Defendant–Appellee.

Equal Employment Opportunity
Commission, Plaintiff–
Appellant,

and

James Aikens, Intervenor,

v.

United Parcel Service, Inc.,
Defendant–Appellee.

Nos. 01–15410, 01–15976 and 01–15977.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 9, 2002.

Filed Sept. 20, 2002.

Amended Dec. 6, 2002.

William J. Kilberg and Thomas G. Hun-
gar, Gibson, Dunn & Crutcher, Washing-
ton, DC, for the defendant-appellant-cross-
appellee.

Barbara L. Sloan, Equal Employment
Opportunity Commission, Washington, DC,
for the plaintiff-appellee-cross-appellant.

John J. Mavredakis, Santa Rosa, CA, for
the intervenors-appellees-cross-appellants.

Laura M. Franze, Akin, Gump, Strauss,
Hauer & Feld, Dallas, TX, for the amicus
curiae.

Before: CANBY and RYMER, Circuit
Judges, and BERTELSMAN, Senior
District Judge.*

## ORDER

The opinion filed September 20, 2002, is
amended as follows:

Slip opinion at 14626 [306 F.3d 794], first
full paragraph, line 16, delete "so we
affirm the judgment as to them."

With this amendment, the panel has vot-
ed to deny the petition for rehearing.
Judge Rymer voted to deny the petition
for rehearing en banc and Judges Canby
and Bertelsman so recommended.

The full court was advised of the petition
for rehearing en banc and no judge has
requested a vote on whether to rehear the
matter en banc.  Fed. R.App. P. 35.

The petition for rehearing and the peti-
tion for rehearing en banc are DENIED.

---

* Honorable  William  O.  Bertelsman,  Senior
United States District Judge for the Eastern
District of Kentucky, sitting by designation.